# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA
### (Washington, D.C.)

In Re:   Crystal L. Wilkerson                        Case No. 14-00582
                                                     Chapter 13

## OBJECTION BY SECURED CREDITOR TO PROPOSED PLAN

Comes now the secured creditor, Bank of America, National Association (Ocwen Loan Servicing, LLC, Servicer), which holds a Deed of Trust secured by the Debtor's real property at 2800 Wisconsin Ave NW #204, Washington, D.C.  20007, by and through its attorney, Kyle J. Moulding, Esq., and objects to the proposed plan and to confirmation and for reason therefore states as follows:

1. The Debtor has proposed a plan which includes no provision for payment of arrearages owed to Bank of America, National Association (Ocwen Loan Servicing, LLC, Servicer).

2. The secured creditor Bank of America, National Association (Ocwen Loan Servicing, LLC, Servicer) anticipates filing a Proof of Claim with pre-petition arrearages due in the approximate amount of $183,766.51.

3. The plan as proposed by the Debtor would therefore be insufficient to pay the claim of Bank of America, National Association (Ocwen Loan Servicing, LLC, Servicer).

4. Pursuant to a previous request from the Court to so advise it and the parties, Counsel for the creditor does not intend to appear in Court regarding this Objection.

Wherefore the Secured Creditor prays this court to enter an Order

1. Denying confirmation of the proposed Chapter 13 Plan, or alternatively

      2.      Modifying the Chapter 13 Plan to provide for payment in full of the Claim filed by the secured creditor, or alternatively

      3.      For such other and further relief as the Court deems appropriate.

Respectfully submitted:

/s/ Kyle J. Moulding, Esq. (kmg)
Attorney for Bank of America, National Association (Ocwen Loan Servicing, LLC, Servicer)
312 Marshall Avenue, Ste. 800
Laurel, MD 20707
301-490-1196
Bar No. 30148
Email: bankruptcymd@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, on October 22, 2014, to Crystal L. Wilkerson at 1018 Galloway Street, NE, Washington, D.C. 20011. Copies were sent electronically via the CM/ECF system to Morgan Fisher, Attorney for Debtor and Cynthia A. Niklas, Trustee.

/s/ Kyle J. Moulding, Esq.