**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
CRYSTAL L. WILKERSON           : Chapter 13 Case No. 14-00582
   Debtor

**TRUSTEE'S RESPONSE/OBJECTION TO DEBTOR'S MOTION TO CONTINUE CONFIRMATION HEARING**

Comes now Cynthia A. Niklas, Esquire, Trustee of the above-captioned matter, and consents to the debtor's request to continue the confirmation hearing and if granted, requests that it be reset after the initial bar date, February 20, 2015 at 9:30 a.m. provided however, in view of the unresolved liquidation and projected disposable income issues, that the debtor produce, prior to that time, current income verification from all current income sources along with an itemization and verification of all scheduled business expenses along with documentation in support of values of all scheduled assets including but not necessarily limited to debtor's scheduled principal residence, 2800 Wisconsin Avenue NW #204 Washington, DC, two timeshares and the scheduled claim for unpaid child support.

/s/ Cynthia A. Niklas Esq.
Cynthia A. Niklas #193367
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016-4623

**Certificate of Service**

I hereby certify that on December 15, 2014, a copy of the foregoing Trustee's Response/Objection, was served on the debtor's attorney electronically via the CM/ECF system and a copy was mailed, postage prepaid, to the remaining entities:

Crystal L. Wilkerson
1018 Galloway Street NE
Washington, DC  20011

Morgan Fisher
172 West Street
Annapolis, MD  21401

/s/ Cynthia A. Niklas Esq.
Cynthia A. Niklas