**The order below is signed, and the hearing was continued until February 20, 2015, at 9:30 AM.  The trustee has requested that the debtor be ordered to provide certain information before the hearing.  Because the information is information that a debtor should provide to the trustee, it is further**

**ORDERED that prior to the hearing, the debtor shall provide to the trustee current income verification from all current income sources along with an itemization and verification of all scheduled business expenses along with documentation in support of values of all scheduled assets including but not necessarily limited to debtors scheduled principal residence, 2800 Wisconsin Avenue NW #204 Washington, DC, two timeshares and the scheduled claim for unpaid child support.**

**Dated: December 17, 2014.**



S. Martin Teel, Jr.
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| | * | Case No.  14-00582 |
| **Crystal L. Wilkerson** | * | |
| | * | Chapter 13 |
| Debtor(s), | * | |

### ORDER GRANTING DEBTOR'S MOTION TO CONTINUE CONFIRMATION HEARING

UPON CONSIDERATION of the Motion by Crystal L. Wilkerson to continue the confirmation hearing on December 19, 2014, the Court makes the following ruling:

ORDERED, that the Motion is Granted; and it is further

ORDERED, that the confirmation hearing shall be rescheduled to the date and time selected by the Court.

Copies to: All attorneys who have entered an appearance and who are registered e-filers.

**End of Order**