**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | * |
| | *   Case No. 14-00582 |
| CRYSTAL L. WILKERSON | * |
| | *   Chapter 13 |
| Debtor | * |

\*   \*   \*   \*   \*   \*   \*

**LIMITED OBJECTION TO PROOF OF CLAIM**
**FILED BY WELLS FARGO BANK, N.A.**

Crystal Wilkerson**,** the above named debtor, (hereinafter, the "Debtor") by counsel, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure respectfully objects to the Proof of Claim filed in this case by Wells Fargo Bank, N.A. ("Wells Fargo"). In support thereof, the Debtor states as follows:

1. This case was commenced by the filing of a petition with the Clerk of this Court on October 4, 2014.

2. Wells Fargo filed proof of claim number 5 in the amount of $170,269.25 with an arrearage balance of $11,781.70. The proof of claim is attached as *Exhibit "1"*.

3. The claim asserts that the arrearage amount is based on one installment of $42.04 and twenty-three installments of $510.42. (see page 4 of the claim attached at Exhibit 1).

4. The Debtor disputes this arrearage amount as it is inconsistent with the monthly statements issued by Wells Fargo. The monthly statement dated October 2, 2014 is attached as *Exhibit "2"*.

5. The Debtor seeks a full payment history and clarification as to the calculation of the arrearage amount.

WHEREFORE, the Debtor moves this Court to enter an Order striking the arrears portion of Wells Fargo's claim and for such other relief as to the Court may seem just and proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 4, 2015<br>Annapolis, Maryland | *Morgan W. Fisher*<br>Morgan W. Fisher #486159<br><br>Law Offices of Morgan Fisher, LLC<br>172 West Street<br>Annapolis, MD 21401<br>410-626-6111<br>mwf@MorganFisherLaw.com<br>*Attorney to the Debtor* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading above referenced to be sent on this date to:

Cynthia Niklas
*Chapter 13 Trustee - Via CM/ECF*

Wells Fargo Bank, N.A.
c/o Pennie Cruchelow
Home Equity Group
1 Home Campus
Des Moines, IA 50328
*Proof of Claim filer- via first class mail*

Wells Fargo Bank, N.A.
c/o John G. Stump
420 Montgomery Street
San Francisco, CA 94101
*President and CEO – via certified mail*

Wells Fargo Bank, N.A.
c/o CSC-Lawyers Incorporating Service Company
7 St. Paul Street
Suite 820
Baltimore, MD 21202
*Resident Agent – via first class mail*


Dated: February 4, 2015          /s/ Morgan W. Fisher
                                 Morgan W. Fisher, #486159