**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | * |
| | *   Case No. 14-00582 |
| CRYSTAL L. WILKERSON | * |
| | *   Chapter 13 |
| Debtor | * |

\*   \*   \*   \*   \*   \*   \*

**DEBTOR'S MOTION TO SHORTEN TIME TO RESPOND TO LIMITED OBJECTION TO PROOF OF CLAIM FILED BY WELLS FARGO BANK, N.A.**

COMES NOW, the Debtor, by counsel, and moves this Court to shorten the time to respond to Debtor's Limited Objection to Proof of Claim and in support thereof, respectfully states as follows:

1. On February 4, 2015, the Debtor filed a Limited Objection to the Proof of Claim filed by Wells Fargo Bank, N.A. and Notice of Time to Respond. The Notice included the language mandated by Local Rule 3007-1(d).

2. Pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure, the Court may shorten the response time on a showing of cause.

3. In the present case, the Debtor's confirmation hearing is scheduled for February 20, 2015. The resolution and proper treatment of Wells Fargo's claim is essential for the Debtor's proposal of a confirmable plan. The Debtor has made efforts to informally resolve this matter with Wells Fargo to no avail. Thus, the Debtor submits that ample cause exists to shorten the time to respond to the Limited Objection.

**WHEREFORE**, the Debtor moves this Court for an order shortening the time to respond to the Limited Objection to Claim to seven (7) days and for such other and further relief as to the Court may seem just and proper.

        Respectfully submitted,

        /s/ Morgan W. Fisher
        Morgan W. Fisher, #486159
        Law Offices of Morgan Fisher, LLC
        172 West Street
        Annapolis, Maryland 21401
        (410) 626-6111
        Attorney for Debtor
        mwf@morganfisherlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading above referenced to be sent on this date to:

Cynthia Niklas
*Chapter 13 Trustee - Via CM/ECF*

Wells Fargo Bank, N.A.
c/o Pennie Cruchelow
Home Equity Group
1 Home Campus
Des Moines, IA 50328
*Proof of Claim filer- via first class mail*

Wells Fargo Bank, N.A.
c/o John G. Stump
420 Montgomery Street
San Francisco, CA 94101
*President and CEO – via certified mail*

Wells Fargo Bank, N.A.
c/o CSC-Lawyers Incorporating Service Company
7 St. Paul Street
Suite 820
Baltimore, MD 21202
*Resident Agent – via first class mail*

Dated: February 4, 2015        /s/ Morgan W. Fisher
        Morgan W. Fisher, #486159