The order below is hereby signed.

Signed: February 18 2015



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
CRYSTAL L. WILKERSON,          )    Case No. 14-00582
                               )    (Chapter 13)
              Debtor.          )

ORDER DENYING MOTION TO SHORTEN TIME FOR
WELLS FARGO TO RESPOND TO THE OBJECTION TO ITS CLAIM

The debtor has filed an objection (Docket Number 31 as amended by Docket Number 34 to correct a signature deficiency) to the proof of claim filed by Wells Fargo Bank, NA (Claim Number 5 on the court's claims register). By a motion served on February 4, 2015, the debtor seeks to have the court require Wells Fargo to respond to the objection by February 12, 2015. Ordinarily, a creditor has 30 days to respond to an objection to its proof of claim. Giving Wells Fargo only 8 days to respond to the objection to its proof of claim is not reasonable. Although a confirmation hearing is set for February 20, 2015, that hearing could be continued if the only issue left unresolved before the court can confirm the debtor's Chapter 13 plan is the objection to the claim of Wells Fargo. It is

ORDERED that *Motion to Shorten Time to Respond to Limited Objection to Proof of Claim Filed by Wells Fargo Bank, N.A.* (Docket Number 32) is DENIED.

[Signed and dated above.]

Copies to: Debtor; recipients of e-notification.