IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                         *
                                               *    Case No. 14-00582
**Crystal L. Wilkerson**                       *
                                               *    Chapter 13
  Debtor(s),                                   *
\*    \*    \*    \*    \*    \*    \*

**MOTION TO CONTINUE CONFIRMATION HEARING**
Scheduled for February 20, 2015 to March 20, 2015

COMES NOW, Crystal L. Wilkerson, Debtor herein, by and through her attorney, Morgan W. Fisher, and files this Motion to Continue the Confirmation Hearing set for February 20, 2015 at 9:30 a.m. to March 20, 2015 by consent of Cynthia A. Niklas, Esq., Chapter 13 Trustee and in support thereof states as follows:

1. On October 4, 2014, the Debtor filed a voluntary petition for relief under chapter 13 of the United States Code, 11 U.S.C. §§ 101-1532.

2. Cynthia A. Niklas, Esq was appointed as Chapter 13 Trustee.

3. The second scheduled confirmation hearing is February 19, 2015 and this is the Debtor's second request for a continuance.

4. The Debtor is timely making plan payments and making every effort to satisfy the pending objections to confirmation. A second amended plan was filed on February 19, 2015 which increased the dividend to unsecured creditors and provided for interest to priority tax claims.

5. After numerous attempts to reach a resolution related to the claim filed by Wells Fargo, the Debtor filed an objection to the claim on February 4, 2015 (see docket #31). That objection is not yet ripe and will not be resolved in advance of the February 20, 2015 confirmation hearing date.

6.    The Debtor has contacted the objecting parties to the Plan and obtained the consent of Bank of America.

7.    The Trustee has requested and the Debtor will provide more information regarding any pending claims for child support.  Additionally, the Debtor will file her tax returns before the next confirmation hearing.

8.    As stated *supra*, the Trustee has authorized undersigned counsel to state that she has consented to the relief requested.

WHEREFORE, the Debtor prays the following relief:

A.    That the Confirmation Hearing set for February 20, 2015 be continued to March 20, 2015 and

B.    For such further and other relief that the Court deems appropriate.

Respectfully submitted,

Dated:  February 19, 2015  
Annapolis, Maryland

/s/*Morgan W. Fisher*  
Morgan W. Fisher #486159

Law Offices of Morgan Fisher, LLC  
172 West Street  
Annapolis, MD 21401  
410-626-6111  
mwf@MorganFisherLaw.com  
*Attorney for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading above referenced to be sent on this date, by first class U.S. mail, postage prepaid to the Chapter 13 Trustee and all parties on the mailing matrix.

Dated:  February 19, 2015                                   /s/ Morgan W. Fisher
                                                            Morgan W. Fisher