CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**

**MAR 20 2015**

Date: 03/20/2015 Time: 09:30

Clerk, U.S. District and
Bankruptcy Courts

CASE: 14-00582 Crystal L. Wilkerson : CHAPTER 13

Morgan Fisher representing Crystal L. Wilkerson (Debtor)

Cynthia A. Niklas and Cynthia A. xNiklas2 representing Cynthia A. Niklas (Trustee)

[] Meeting of Creditors with 341(a) meeting to be held on 11/03/2014 at 10:00 AM at Ch 13 341 Meeting Rm., Room 1207. Confirmation hearing to be held on 12/19/2014 at 09:30 AM at Courtroom 1. Proof of Claim due by 02/02/2015. Deadline to Object to Debtor's Discharge Under Section 1328f or to Challenge Dischargeability of Certain Debts is

DE# 1  sch A-J
DE# 4  22C
DE# 11 Ch 13 plan
DE# 15 income
DE# 19 BoA obj to plan
DE# 20 amd sch B
DE# 23 tr obj to plan
DE# 25 amd ch 13 plan

DE# 26 tr obj to amd plan
DE# 27 debtor mot - cont hrg
DE# 28 tr response
DE# 29 order cont hrg
DE# 38 mot cont hrg
DE# 39 order cont hrg
DE# ___

DISPOSITIONS:
  Granted____   Sustained____   Denied____
  Overruled____ Withdrawn____   Under Adv.____
  Moot____      Consent____     Dismissed____
  Continued to: _____, 20___, AT ___:___ ___.M.
  Proposed Order To Be Submitted By ___/___/___
  By [ ] Court [ ] Movant [ ] Opposing Party [ ] Trustee [ ] Jointly

DECISION:

  [ ] Signed by Court             [ ] Filed by Counsel
  [ ] To be prepared by:
      [ ] Movant's counsel        [ ] Court
      [ ] Respondent's counsel    [ ] Other _____

NOTES: 4/8/15 D's brief.  } Parties agree facts are
       4/30/15 N oppos'n  } established by the schedules
       5/8/15 reply       } and form 22C.
       → Legal issue to be briefed by parties.

_____
S. Martin Teel, Jr., United States Bankruptcy Judge

14-00582: 1 of 1