UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
IN RE
CRYSTAL L. WILKERSON           :  Chapter 13 Case No. 14-00582
  Debtor                       :  Hearing Date: 11/20/15*
```

**TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE BASED ON DENIAL OF CONFIRMATION AND NOTICE OF DEADLINE AND OPPORTUNITY TO OBJECT**

Comes now Cynthia A. Niklas, Esquire, Trustee of the above-captioned matter, and respectfully moves this court to dismiss the debtor's case with Prejudice, pursuant to 11 U.S.C. §1307 and §109(g)(1), based on the court record herein and including denial of confirmation and the failure of the debtor to comply with this court's order entered June 25, 2015 by failing to file an amended plan that properly devotes all of her disposable income to the repayment of unsecured creditors over the applicable commitment period, as required for confirmation under 11 U.S.C. §1325(b)(1)(B).

WHEREFORE, the Trustee moves for dismissal with Prejudice, pursuant to 11 U.S.C. §1307 and §109(g)(1).

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas #193367
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016-4623

**NOTICE OF OPPORTUNITY AND DEADLINE TO OBJECT TO MOTION TO DISMISS**

**\*UNLESS OTHERWISE NOTED**, HEARING ON THE ABOVE-CAPTIONED MOTION FOR DISMISSAL IS SET AT **9:30 A.M. ON NOVEMBER 20, 2015**

**PLEASE TAKE NOTICE THAT WITHIN TWENTY ONE (21) DAYS AFTER THE DATE OF THIS NOTICE** you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the

Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.** The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial. Parties in interest with questions may contact Trustee.

Dated: September 25, 2015

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016-4623
(202)362-8500

**CERTIFICATE OF SERVICE UNDER LBR 5005-1(h)**

I hereby certify that on September 25, 2015, a copy of the foregoing Trustee's Motion and Notice of Opportunity to Object, was mailed, postage prepaid, to:

Crystal L. Wilkerson
1018 Galloway Street NE
Washington, DC  20011

Morgan Fisher
172 West Street
Annapolis, MD  21401

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas